.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Latesha Brittmon,**

    **Plaintiff,**

        **Case No.   2:17-cv-219**

    v.

**Upreach LLC, *et al.*,**      **Magistrate Judge Vascura**

    **Defendant.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER** filed November 8, 2018, the Court **DISMISSES** this case **WITH PREJUDICE**. The Court shall **RETAIN JURISDICTION** to enforce the terms of the Parties' settlement.

Date:   November 8, 2018

        **Richard W. Nagel, Clerk of Court**

        By:      s/ Donald A Fitzgerald III
            Donald A Fitzgerald III, Deputy Clerk